No. 80–1745.   F. W. WOOLWORTH CO. *v.* TAXATION AND REVENUE DEPARTMENT OF NEW MEXICO.   Appeal from Sup. Ct. N. M.   Probable jurisdiction noted and case set for oral argument in tandem with No. 80–2015, *ASARCO Inc.* v. *Idaho State Tax Commission,* immediately *infra.* ■

No. 80–2015.   ASARCO INC. (FORMERLY AMERICAN SMELTING & REFINING CO.) *v.* IDAHO STATE TAX COMMISSION.   Appeal from Sup. Ct. Idaho.   Probable jurisdiction noted and case set for oral argument in tandem with No. 80–1745, *F. W. Woolworth Co.* v. *Taxation and Revenue Department of New Mexico,* immediately *supra.* ■

No. 80–2165.   MURPHY, DISTRICT JUDGE, FOURTH JUDICIAL DISTRICT OF NEBRASKA, DOUGLAS COUNTY *v.* HUNT.   Appeal from C. A. 8th Cir.   Probable jurisdiction noted. JUSTICE BLACKMUN would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 80–1832.   IMMIGRATION AND NATURALIZATION SERVICE *v.* CHADHA ET AL.   Appeal from C. A. 9th Cir.;

No. 80–2170.   UNITED STATES HOUSE OF REPRESENTATIVES *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.   C. A. 9th Cir.; and

No. 80–2171.   UNITED STATES SENATE *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL.   C. A. 9th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits in No. 80–1832.   Certiorari in Nos. 80–2170 and 80–2171 granted.   Cases consolidated and a total of one hour allotted for oral argument.   Reported below: 634 F. 2d 408.